JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOUCHRA YOUNES OSSEILI, et al., | No. 8:23-cv-00896-JWH-KES |
| Plaintiffs, | **ORDER** |
| v. | Honorable John W. Holcomb<br>United States District Judge |
| ANTONY J. BLINKEN, SECRETARY OF STATE, UNITED STATES DEPARTMENT OF STATE, et al. | Honorable Karen E. Scott<br>United States Magistrate Judge |
| Defendants. | |

Having read and considered the Joint Stipulation to Stay Case for 90 Days submitted by the parties, and finding good cause therefor, it is hereby **ORDERED** as follows:

1. This case is **STAYED** until May 16, 2024.
2. Any party may move at any time to modify or vacate the stay, for good cause shown.
3. The parties are **DIRECTED** to file no later than April 26, 2024, a Joint Status Report that advises the Court regarding the posture of the case.
4. A Status Conference is **SET** for May 10, 2024, at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.
5. The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

Dated: February 15, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE